Harold J. RUCKER, Plaintiff—
Appellant,

v.

John E. POTTER,* Postmaster General, Postmaster General of the U.S. Postal Service; et al., Defendants—Appellees.

No. 01–16052.
D.C. No. CV–99–03082–CW.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2002.**

Decided Feb. 21, 2002.

Before B. FLETCHER, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM ***

Harold J. Rucker appeals pro se the district court's dismissal of his Title VII claim alleging race, color and gender discrimination in addition to retaliation. We review de novo a dismissal for failure to state a claim, *Kimes v. Stone,* 84 F.3d 1121, 1126 (9th Cir.1996), and we affirm.

The district court properly dismissed Rucker's amended complaint because it failed to state a prima facie claim for discrimination due to race or gender, *see Breneman v. Kennecott Corp.,* 799 F.2d 470, 474 (9th Cir.1986), or for retaliation pursuant to 42 U.S.C. § 2000e–3, *see Hashimoto v. Dalton,* 118 F.3d 671, 679 (9th Cir.1997).

Rucker's remaining contentions lack merit.

**AFFIRMED.**

---

\* John E. Potter is substituted for William J. Henderson, as Postmaster General of the United States Postal Service, pursuant to Fed. R.App. P. 43(c)(2).

\*\* Because the panel unanimously finds this case suitable for decision without oral argument, Rucker's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.